UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-360**

Case Title: **Parents Defending Education vs. Olentangy Local School District Board of Education, et al**

List all clients you represent in this appeal:

**Olentangy Local School District Board of Education, Mark T. Raiff, Randy Wright, Peter Stern, Kevin Daberkow, Brandon Lester, Kevin O'Brien, Libby Wallick and LaKesha Wyse**

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☒ Appellee    ☐ Respondent   ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Genevieve M. Hoffman**   Signature: s/ **Genevieve M. Hoffman**

Firm Name: **Freund, Freeze & Arnold LPA**

Business Address: **620 E Broad Street, Suite F**

City/State/Zip: **Columbus, Ohio 43215**

Telephone Number (Area Code): **614-827-7300**

Email Address: **ghoffman@ffalaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---