# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **23-3630**          Case Manager: **Jennifer Strobel**

Case Name: **Parents Defending Education v. Olentangy Local School District Board of Education, et al.**

Is this case a cross appeal?    ☐ Yes    ☑ No
Has this case or a related one been before this court previously?    ☐ Yes    ☑ No
If yes, state:
  Case Name: _____    Citation: _____
  Was that case mediated through the court's program?    ☐ Yes    ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is being taken against Defendants-Appellees the Olentangy Local School District Board of Education ("the District"); Mark T. Raiff, in his official capacity as Superintendent of Olentangy Local School District; Randy Wright, in his official capacity as Olentangy's Chief of Administrative Services; Peter Stern, in his official capacity as Olentangy's Assistant Director of Equity and Inclusion; Kevin Daberkow, Brandon Lester, Kevin O'Brien, Libby Wallick, and Lakesha Wyse, in their official capacities as members of the Olentangy Board of Education. Plaintiff-Appellant Parents Defending Education ("PDE") appeals the district court's denial of its motion for preliminary injunction. PDE proposes to argue that the District's speech policies unconstitutionally compel student speech, discriminate on the basis of content and viewpoint, and are unconstitutionally overbroad. PDE also proposes to argue that the District's policies violate parents' Fourteenth Amendment rights to direct the care, custody, and control of their children, because the policies subject students to formal discipline for speech that occurs outside of school hours and off school grounds.

This is to certify that a copy of this statement was served on opposing counsel of record this **9th** day of **August**, **2023**.

**J. Michael Connolly**
Name of Counsel for Appellant