UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.:  23-3630

Case Title:  Parents Defending Education  vs. Olentangy Local School District Board of Education, et al

List all clients you represent in this appeal:

Olentangy Local School District Board of Education

☐ Appellant      ☐ Petitioner      ☐ Amicus Curiae      ☐ Criminal Justice Act
☒ Appellee       ☐ Respondent      ☐ Intervenor                 (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:


By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name:  Mitchell L. Stith          Signature:  s/ Mitchell L. Stith

Firm Name:  Scott Scriven LLP

Business Address:  250 E. Broad Street, Suite 900

City/State/Zip:  Columbus, Ohio 43215

Telephone Number (Area Code):  (614) 222-8686

Email Address:  mitch@scottscrivenlaw.com

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17