UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: __23-3630__

Case Title: __Parents Defending Education__ vs. __Olentangy Local School District Board of Education, et al__

List all clients you represent in this appeal:

Olentangy Local School District Board of Education

☐ Appellant         ☐ Petitioner        ☐ Amicus Curiae         ☐ Criminal Justice Act
☒ Appellee          ☐ Respondent        ☐ Intervenor                 (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Jessica K. Philemond__     Signature: __s/ Jessica K. Philemond__

Firm Name: __Scott Scriven LLP__

Business Address: __250 E. Broad Street, Suite 900__

City/State/Zip: __Columbus, Ohio 43215__

Telephone Number (Area Code): __(614) 222-8686__

Email Address: __jessica@scottscrivenlaw.com__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.