UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: 23-3630

Case Title: Parents Defending Education vs. Olentangy Local School District Board of Education, et al

List all clients you represent in this appeal:

Olentangy Local School District Board of Education

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☒ Appellee   ☐ Respondent  ☐ Intervenor              (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

---

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Sandra R. McIntosh          Signature: s/ Sandra R. McIntosh

Firm Name: Scott Scriven LLP

Business Address: 250 E. Broad Street, Suite 900

City/State/Zip: Columbus, Ohio 43215

Telephone Number (Area Code): (614) 222-8686

Email Address: sandra@scottscrivenlaw.com

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17