UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3630**

Case Title: **Parents Defending Education** vs. **Olentangy Local Sch. Dist. Bd. of Educ.**

List all clients you represent in this appeal:

**Parents Defending Education**

☑ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Taylor A.R. Meehan**   Signature: s/ **Taylor A.R. Meehan**

Firm Name: **Consovoy McCarthy PLLC**

Business Address: **1600 Wilson Blvd., Ste. 700**

City/State/Zip: **Arlington, VA 22209**

Telephone Number (Area Code): **(703) 243-9423**

Email Address: **taylor@consovoymccarthy.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.