UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-3630**

Case Title: **Parents Defending Education** vs. **Olentangy Local Sch. Dist. Bd. of Ed.**

List all clients you represent in this appeal:

**Parents Defending Education**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Emmett E. Robinson**　　Signature: s/ **Emmett E. Robinson**

Firm Name: **Robinson Law Firm LLC**

Business Address: **6600 Lorain Avenue #731**

City/State/Zip: **Cleveland, OH  44102**

Telephone Number (Area Code): **(216) 505-6900**

Email Address: **erobinson@robinsonlegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---