No. 23-3630
# IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

PARENTS DEFENDING EDUCATION

*Plaintiff-Appellant*,

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION; MARK T. RAIFF, in his official capacity as Superintendent of Olentangy Local School District; RANDY WRIGHT, in his official capacity as Olentangy's Chief of Administrative Services; PETER STERN, in his official capacity as Olentangy's Assistant Director of Equity and Inclusion; KEVIN DABERKOW, BRANDON LESTER, KEVIN O'BRIEN, LIBBY WALLICK, and LAKESHA WYSE, in their official capacities as members of the Olentangy Board of Education,

*Defendants-Appellees*,

On Appeal from the United States District Court
for the Southern District of Ohio, No. 2:23-cv-01595

## PLAINTIFF'S UNOPPOSED MOTION TO EXPEDITE APPEAL AND ORAL ARGUMENT

Emmett E. Robinson
ROBINSON LAW FIRM LLC
6600 Lorain Ave. #731
Cleveland, OH 44102
Telephone: (216) 505-6900
Facsimile: (216) 649-0508
erobinson@robinsonlegal.org

J. Michael Connolly
Taylor A.R. Meehan
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
taylor@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Appellant*

Plaintiff-Appellant Parents Defending Education ("PDE") respectfully asks the Court to expedite this appeal and schedule oral argument for its session in December 2023. PDE makes this request because this is an appeal of a denial of a motion for a preliminary injunction, and the harm caused by the Defendants-Appellees (the "District") is ongoing and irreparable. The District does not oppose the motion.

1. This appeal involves the legality of the District's recently enacted policy that "require[s] students to use the preferred pronouns" of classmates who identify as transgender or non-binary, and subjects them to formal discipline for speech that others find "insulting," "dehumanizing," "unwanted," "discomfort[ing]," or "offensive." Dkt. 28 at 28; Dkt. 7 at 1. PDE filed a four-count complaint for declaratory and injunctive relief on May 11, 2023, alleging that the District's policies violate students' First Amendment rights and parents' Fourteenth Amendment rights to direct the care, custody, and control of their children. *See* Dkt. 1. PDE moved for a preliminary injunction on all counts on the same day. *See* Dkt. 7.

2. The district court denied PDE's motion on July 28, 2023, finding that PDE did not satisfy the factors for granting a preliminary injunction. *See* Dkt. 28. PDE promptly appealed. *See* Dkt. 29.

3. PDE respectfully requests that the Court schedule this case for oral argument for the week of December 4-8, 2023.

4. Good cause exists to expedite oral argument. *See* 6 Cir. R. 27(f). The 2023-2024 school year begins on August 17th. Because the district court denied PDE's motion for a preliminary injunction, the children of PDE's members will be forced to remain silent to avoid punishment for violating the District's restrictions on protected speech. *See* Dkt. 7 at 7-9. The

harms from those violations are unquestionably irreparable. *See, e.g.*, *Bonnell v. Lorenzo*, 241 F.3d 800, 809 (6th Cir. 2001); *Elrod v. Burns*, 427 U.S. 347, 373 (1976) ("The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.").

5. "[A]rgument will generally be expedited" in cases involving "appeals from orders denying or granting preliminary or temporary injunctions." 6 Cir. R. 34(c)(2). An expedited oral argument is especially appropriate here because of the important constitutional issues involved and the approaching school year. Without expedited oral argument, the students will likely be forced to endure violations of their First Amendment rights for an entire academic year.

6. Indeed, the district court itself recognized the urgency of resolving this matter, issuing its lengthy opinion just four days after holding oral argument. *See* Dkt. 26; Dkt. 28.

7. Expediting oral argument will give the Court sufficient time to review the parties' briefs. PDE's brief is due on September 25, 2023; the District's response brief is due October 24, 2023; and PDE's reply brief will be due 21 days after that. *See* Doc. 19. The case thus will be fully briefed no later than November 14, 2023.

8. This Court has recently granted similar requests to expedite appeals. *See Vitolo v. Guzman*, 999 F.3d 353, 358 (6th Cir. 2021); *Castillo v. Whitmer*, 823 F. App'x 413, 418 (6th Cir. 2020).

9. PDE informed the District of its intent to file this motion. The District states that it "disagree[s] with Plaintiff's substantive arguments and positions," but "does not oppose expedited oral argument."

## CONCLUSION

For the reasons set forth above, PDE respectfully requests that the Court expedite this appeal and schedule oral argument for December 2023.

Respectfully Submitted,

Emmett E. Robinson
ROBINSON LAW FIRM LLC
6600 Lorain Ave. #731
Cleveland, OH 44102
Telephone: (216) 505-6900
Facsimile: (216) 649-0508
erobinson@robinsonlegal.org

August 15, 2023

*/s/ J. Michael Connolly*
J. Michael Connolly
Taylor A.R. Meehan
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
taylor@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Appellant Parents Defending Education*

## CERTIFICATE OF COMPLIANCE

This motion complies with the requirements of Fed. R. App. P. 27(d) because the motion does not exceed 5,200 words.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 13 point Garamond font.

Dated: August 15, 2023                                      */s/ J. Michael Connolly*

## CERTIFICATE OF SERVICE

I filed a true and correct copy of this brief with the Clerk of this Court via the CM/ECF system, which will notify all counsel.

Dated: August 15, 2023                                      */s/ J. Michael Connolly*