No. 23-3630

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Aug 18, 2023
DEBORAH S. HUNT, Clerk
```

| | |
|---|---|
| PARENTS DEFENDING EDUCATION, | ) |
| Plaintiff-Appellant, | ) |
| v. | )  O R D E R |
| OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al., | ) |
| Defendants-Appellees. | ) |

Plaintiff organization appeals the district court's order denying its motion to enjoin defendant school district from enforcing several anti-bullying policies in this action alleging that the policies violate plaintiffs' First and Fourteenth Amendment rights by requiring them to refer to transgender and non-binary students by their preferred pronouns. Plaintiff moves for expedited oral argument during the Court's sitting in December, 2023, indicating defendants are not opposed to expedited argument.

The motion to expedite is **GRANTED IN PART**, only insofar as that upon the completion of briefing, this appeal will be submitted to the court at the earliest practicable date that the court's schedule will permit. The decisions as to when and whether oral argument will be conducted and whether to expedite the issuance of a decision are reserved to the merits panel to which this appeal will be assigned.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk