OFFICE OF THE CIRCUIT MEDIATORS
**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
331 POTTER STEWART U.S. COURTHOUSE

CATHERINE C. GEYER
 *Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

August 25, 2023

John Michael Connolly
Bartholomew Thomas Freeze
James Hasson
Genevieve Marie Hoffman
Sandra R. McIntosh
Taylor A.R. Meehan
Cameron Thomas Norris
Jessica Kathryn Philemond
Emmett Robinson
Mitchell Stith
Thomas Samuel Vaseliou

> Re: *Parents Defending Education v. Olentangy Local School District Board of Education, et al,*
> CA No. 23-3630

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for **August 28, 2023**, is hereby **CANCELED**.

Sincerely,

Connie A. Weiskittel
Mediation Administrator

cc: Catherine C. Geyer