UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3630**

Case Title: **Parents Defending Education** vs. **Olentangy Local School District Board of Education**, et al.

List all clients you represent in this appeal:

**American Civil Liberties Union Foundation, American Civil Liberties Union of Ohio Foundation**

☐ Appellant    ☐ Petitioner    ☑ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor                (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **David J. Carey**    Signature: s/ **David J. Carey**

Firm Name: **American Civil Liberties Union of Ohio Foundation**

Business Address: **1108 City Park Ave., Ste. 203**

City/State/Zip: **Columbus, OH 43206**

Telephone Number (Area Code): **614-586-1972**

Email Address: **dcarey@acluohio.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.