UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-3630**

Case Title: **Parents Defending Education** vs. **Olentangy Local School District Board of Education, et al.**

List all clients you represent in this appeal:

**American Civil Liberties Union Foundation, American Civil Liberties Union of Ohio Foundation**

☐ Appellant   ☐ Petitioner   ☒ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor         (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Amy Gilbert**         Signature: s/ **Amy Gilbert**

Firm Name: **American Civil Liberties Union of Ohio Foundation**

Business Address: **4506 Chester Ave.**

City/State/Zip: **Clevleand, OH 44103**

Telephone Number (Area Code): **614-586-1972**

Email Address: **agilbert@acluohio.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---