# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3630**

Case Title: **Parents Defending Education** vs. **Olentangy Local School District Board o**

List all clients you represent in this appeal:

**Southeastern Legal Foundation**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Benjamin Isgur**   Signature: s/ **Benjamin Isgur**

Firm Name: **Southeastern Legal Foundation**

Business Address: **560 W. Crossville Rd.**

City/State/Zip: **Roswell, Georgia 30075**

Telephone Number (Area Code): **770-977-2131**

Email Address: **bisgur@southeasternlegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---