UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3630**

Case Title: **Parents Defending Education** vs. **Olentangy Local School District Bd. Edu**

List all clients you represent in this appeal:

**Alliance Defending Freedom**

☐ Appellant ☐ Petitioner ☒ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **John J. Bursch**    Signature: s/ **John J. Bursch**

Firm Name: **Alliance Defending Freedom**

Business Address: **440 First Street NW, Suite 600**

City/State/Zip: **Washington, DC 20001**

Telephone Number (Area Code): **616-450-4235**

Email Address: **jbursch@adflegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---