# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| PARENTS DEFENDING EDUCATION,<br><br>*Plaintiff-Appellant,*<br><br>v.<br><br>OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*,<br><br>*Defendants-Appellees.* | **MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***<br><br>No. 23-3630 |

    Pursuant to Fed. R. App. P. 29(a)(3), movants Foundation for Individual Rights and Expression (FIRE) and the Manhattan Institute respectfully submit this motion for leave to file brief of *amici curiae* in the above captioned proceeding, *Parents Defending Education v. Olentangy Local School District Board of Education, et al.* (No. 23-3630). Counsel for *amicus* FIRE sought consent from the parties and received it from Plaintiff-Appellant, but Defendants-Appellees declined.

    FIRE is a nonpartisan, nonprofit, public-interest organization dedicated to defending and sustaining the individual rights of all Americans to free speech and free thought—the essential qualities of

liberty. Since 1999, FIRE has successfully defended the rights of individuals through public advocacy, strategic litigation, and participation as *amicus curiae* in cases that implicate expressive rights under the First Amendment. *See, e.g.*, Brief of *Amici Curiae* FIRE, NCAC, and Comic Book Legal Defense Fund in Supp. of Resps., *Mahanoy Area Sch. Dist.* v. *B.L.*, 141 S. Ct. 2038 (2021) *Amicus Curiae* Brief of FIRE in Supp. of Pl.-Appellant and Partial Reversal, *Cunningham v. Blackwell*, 41 F.4th 530 (6th Cir. 2022); *Amicus Curiae* Brief of FIRE in Supp. of Neither Affirmance Nor Reversal, *Meriwether v. Hartop*, 992 F.3d 492 (6th Cir. 2021).

The Manhattan Institute (MI) is a nonprofit policy research foundation that works to keep America and its great cities prosperous, safe, and free. MI develops and disseminates ideas that foster individual freedom and economic choice across multiple dimensions. To that end, it produces scholarship and files briefs opposing regulations that violate constitutionally protected liberties, including in the marketplace of ideas.

FIRE and MI's participation as *amici* in this case will assist the Court in the resolution of the significant issues of public importance

implicated by this appeal. FIRE's own work litigating on behalf of K-12 students highlights how public schools consistently disregard the First Amendment rights of their students in violation of the Supreme Court's directive in *Tinker v. Des Moines Independent Community School District*, 393 U.S. 503, 506 (1969), reaffirmed just a few terms ago in *Mahanoy Area School District v. B.L.*, 141 S. Ct. 2038, 2044 (2021) , that "students do not 'shed their constitutional rights to freedom of speech or expression,' even 'at the schoolhouse gate.'" *Id.* (quoting *Tinker*, 393 U.S. at 506). MI advocates for policies that expand educational freedom, including in the K-12 context. Given FIRE and MI's extensive experience defending expressive rights in K-12 schools, *amici* are uniquely positioned to provide this Court with a valuable perspective on the threat to students' free speech rights presented by the district court's ruling, beyond the arguments presented by the parties.

For these reasons, FIRE and MI ask the Court grant it leave to file the attached brief as *amici curiae*.

|  | Respectfully Submitted, |
|---|---|
| Dated: October 2, 2023 | /s/ Ronald G. London |

| | |
|---|---|
| ABIGAIL E. SMITH<br>FOUNDATION FOR INDIVIDUAL RIGHTS<br>  AND EXPRESSION<br>510 Walnut St.<br>Suite 1250<br>Philadelphia, PA 19106<br><br>ILYA SHAPIRO<br>TIM ROSENBERGER<br>MANHATTAN INSTITUTE<br>52 Vanderbilt Ave.<br>New York, NY 10017 | RONALD G. LONDON*<br>ROBERT CORN-REVERE<br>FOUNDATION FOR INDIVIDUAL<br>  RIGHTS AND EXPRESSION<br>700 Pennsylvania Ave., SE<br>Suite 340<br>Washington, DC 20003<br>(215) 717-3473<br>Ronnie.london@thefire.org<br><br>*Counsel of Record |

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing motion complies with Fed. R. App. P. 27(a) and the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 452 words.

The undersigned further certifies that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word Version 2016 in 14-point Century Schoolbook font.

Dated:   October 2, 2023

                                        */s/ Ronald G. London*
                                        Ronald G. London
                                        *Counsel for* Amicus Curiae
                                        *Rights and Expression*

## CERTIFICATE OF SERVICE

*Amici*'s counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, October 2, 2023. Notice of this filing will be sent by operation of the Court's CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

Date: October 2, 2023　　　　　　　　*/s/ Ronald G. London*
　　　　　　　　　　　　　　　　　　　Ronald G. London