No. 23-3630

In the United States Court of Appeals for the Sixth Circuit
_____

PARENTS DEFENDING EDUCATION,
*Plaintiff-Appellant,*

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*,
*Defendants-Appellees.*
_____

On Appeal from the United States District Court
for the Southern District of Ohio
Case No. 2:23-cv-01595
_____

**MOTION FOR LEAVE TO FILE BRIEF OF**
***AMICUS CURIAE* FOUNDATION FOR MORAL LAW IN SUPPORT OF PLAINTIFF/APPELLANT AND REVERSAL**
_____

Talmadge Butts
*Counsel of Record*
John Eidsmoe
Roy S. Moore
Katrinnah Darden
FOUNDATION FOR MORAL LAW
One Dexter Avenue
Montgomery, AL 36104
(334) 262-1245
talmadge@morallaw.org

October 2nd, A.D. 2023         Counsel for *Amicus Curiae*

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

Eleven days before the deadline for filing *amicus* briefs in this case, counsel for both parties received notice of the Foundation for Moral Law's intent to file this brief. Appellant consented to this filing, but counsel for Appellees did not provide consent. *Amicus* Foundation for Moral has a unique interest in this case and the brief accompanying this motion provides important information relevant to the disposition of this case.

This brief explains that compelled speech is an even more egregious First Amendment violation than prohibited speech; Gender identification is a highly-charged medical, scientific, sociological, political, and religious issue, so speech related to gender deserves the highest legal protection; Because freedom of speech is expressly protected by the First Amendment while the right to choose one's gender is at most an extra-constitutional court-created right which the Supreme Court has not yet recognized, any conflict between those rights should be resolved in favor of the enumerated right of freedom of speech; and if children are to make decisions on a subject with such important lifelong ramifications as one's sex or gender, they should make them in conjunction with their parents. A school policy that excludes parents from this decision or knowledge of the decision therefore violates parents' constitutional rights.

As described in the Interest of the *Amicus* section of the attached proposed brief, *Amicus curiae* Foundation for Moral Law ("the Foundation"), a 501(c)(3) non-profit, national public interest organization based in Montgomery, Alabama, dedicated to defending religious liberty, has an interest in this case because it believes that the challenged legislation places an unconstitutional burden on the speech of students and teachers based on their religious convictions.

Respectfully submitted,

/s/ *Talmadge Butts*

Talmadge Butts
*Counsel of Record*
John Eidsmoe
Roy S. Moore
Katrinnah Darden
FOUNDATION FOR MORAL LAW
One Dexter Avenue
Montgomery, AL 36104
(334) 262-1245
talmadge@morallaw.org

*Counsel for Amicus Curiae*

October 2nd, A.D. 2023