UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3630**

Case Title: **Parents Defending Education** vs. **Olentangy Local School District et al.**

List all clients you represent in this appeal:

**Equality Ohio**

☐ Appellant    ☐ Petitioner    ☑ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor           (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Mark P. Herron**    Signature: s/ **Mark P. Herron**

Firm Name: **Herron Law Office**

Business Address: **5001 Mayfield Road, Suite 318**

City/State/Zip: **Lyndhurst, Ohio 44124**

Telephone Number (Area Code): **216-280-2828**

Email Address: **HerronLaw@msn.com**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.