UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3630**

Case Title: **Parents Defending Education** vs. **Olentangy Local School District et al.**

List all clients you represent in this appeal:

**Equality Ohio**

☐ Appellant        ☐ Petitioner        ☑ Amicus Curiae        ☐ Criminal Justice Act
☐ Appellee         ☐ Respondent        ☐ Intervenor                    (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Robert S. Chaloupka**        Signature: s/ **Robert S. Chaloupka**

Firm Name: **Law Office of Robert S. Chaloupka**

Business Address: **579 East Clearview Avenue**

City/State/Zip: **Seven Hills, Ohio 44131**

Telephone Number (Area Code): **216-570-3154**

Email Address: **Rob@ChaloupkaLaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.