UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3630** _____

Case Title: **Parents Defending Education** _____ vs. **Olentangy Local School District, et al.** _____

List all clients you represent in this appeal:

**Equality Ohio**

☐ Appellant        ☐ Petitioner        ☑ Amicus Curiae        ☐ Criminal Justice Act
☐ Appellee         ☐ Respondent        ☐ Intervenor                  (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Mark P. Herron** _____ Signature: s/ **Mark P. Herron** _____

Firm Name: _____

Business Address: **5001 Mayfield Road, Suite 318** _____

City/State/Zip: **Lyndhurst, Ohio  44124** _____

Telephone Number (Area Code): **(216) 280-2828** _____

Email Address: **herronlaw@msn.com** _____

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17