UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-3630**

Case Title: **Parents Defending Education** vs. **Olentangy Local School District Board of Education, et al.**

List all clients you represent in this appeal:

**Ohio School Boards Association (OSBA)**
**Ohio Association of School Business Officials (OASBO)**

☐ Appellant   ☐ Petitioner   ☑ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor                (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Scott C. Peters**        Signature: s/ **Scott C. Peters**

Firm Name: **Peters Kalail & Markakis Co., L.P.A.**

Business Address: **6480 Rockside Woods Blvd., S., Suite 300**

City/State/Zip: **Cleveland, OH 44131**

Telephone Number (Area Code): **216-503-5055**

Email Address: **speters@ohioedlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.