**Case No. 23-3630**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**PARENTS DEFENDING EDUCATION**

*Plaintiff-Appellant,*

**v.**

**OLENTANGY LOCAL SCHOOL DISTRICT
BOARD OF EDUCATION, et al.**

*Defendants-Appellees.*

On Appeal from the United States District Court for the
Southern District of Ohio
Eastern Division, No. 2:23-cv-01595

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* OHIO
SCHOOL BOARDS ASSOCIATION AND OHIO ASSOCIATION OF
SCHOOL BUSINESS OFFICIALS IN SUPPORT OF DEFENDANT-
APPELLEE OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF
EDUCATION AND AFFIRMANCE**

Scott C. Peters
Sherrie C. Massey
Daniel R. Shisler
Peters Kalail & Markakis Co., L.P.A.
6480 Rockside Woods Blvd. S., Suite 300
Cleveland, Ohio 44131
Telephone:  (216) 503-5055
speters@ohioedlaw.com
smassey@ohioedlaw.com
dshisler@ohioedlaw.com

*Attorneys for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), the Ohio School Boards Association (OSBA) and the Ohio Association of School Business Officials (OASBO) (together, "Associations") respectfully move this Court for leave to file a brief as *amici curiae* in support of Defendant-Appellee Olentangy Local School District Board of Education ("Olentangy") in the above-captioned manner.

OSBA is a nonprofit 501(c)(4) corporation that engages and serves Ohio's public school board members and the diverse districts they represent. More than 700 boards of education representing the city, municipal, local, exempted village and career technical school districts and educational service centers throughout the State of Ohio are members of OSBA. OSBA's services and programs include extensive informational support, advocacy and consulting, board development and training, legal information, and policy service and analysis.

OASBO is a not-for-profit, professional association empowering Ohio's public school finance and operations professionals to achieve excellence through collaboration, continuous learning, and advocacy. Its members include public school district treasurer/CFOs, business managers, transportation directors, food service supervisors, and administrative support staff.

Together, the Associations have significant interest in the outcome of this case. A ruling in Appellant's favor risks diminishing the ability of the boards of education and the administrators that the Associations serve to maintain order and discipline

within their schools.  The Associations respectfully urge this Court to affirm the Southern District's denial of the requested preliminary injunction and leave the policies of the Olentangy Local School District ("Olentangy" or "District") intact. The particular policies under challenge ("Policies") have also been adopted by school districts throughout Ohio; either with identical language or with minimal deviation.  Harassment and bullying by identity-based comments directed at specific students is speech that school districts must have the ability to limit to prevent substantial disruption in the school setting.

As such, the stakes are high for the Associations' collective membership.  The boards of education and school district administrators served by the Associations rely on the rule first articulated in *Tinker v. Des Moines Indep. Cmty. Sch. Dist.* to adopt and enforce policies that aim to prohibit speech or expression that substantially disrupts the learning environment or encroaches on the rights of other students.

The Associations' participation in this matter as *amici curiae* is desirable to ensure that the collective concerns of Ohio's school districts and their administrators are heard.  Any erosion of the *Tinker* rule, or an express limitation on the ability of school districts to discipline students for identity-based comments directed at specific students are outcomes that must be avoided so that school districts may retain flexible authority to discipline behavior that results in substantial disruption in the school.

Though Plaintiff-Appellant Parents Defending Education appeal the denial of a preliminary injunction, the *Tinker* standard will necessarily be addressed within the context of the likelihood of success on the merits of Plaintiff-Appellant's First Amendment claims.  As such, the matters asserted in the Associations' attached proposed brief are not only relevant, but critical to the disposition of this case.

For these reasons, the Associations respectfully request this Court grant leave to file the attached proposed brief as *amici curiae*.

/s/ Scott C. Peters

Scott C. Peters (0059408)
Sherrie C. Massey (0067471)
Daniel R. Shisler (0098943)
Peters Kalail & Markakis Co., L.P.A.
6480 Rockside Woods Blvd. S., Suite 300
Cleveland, Ohio 44131
Telephone:  (216) 503-5055
speters@ohioedlaw.com
smassey@ohioedlaw.com
dshisler@ohioedlaw.com

*Attorneys for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the word limit requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 512 words, excluding the parts of the document exempted from calculation by Fed. R. App. P. 27(a)(2)(B), as calculated by Microsoft Word.

I further certify that this document complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a proportionally spaced typeface with 14-point Times New Roman font using Microsoft Word.

*/s/ Scott C. Peters*

Scott C. Peters (0059408)
*One of the Attorneys for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, an electronic copy of the *Motion for Leave to File Brief of Amici Curiae Ohio School Boards Association and Ohio Association of School Business Officials in Support of Defendant-Appellee Olentangy Local School District Board of Education and Affirmance* was filed with the Clerk of Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Scott C. Peters*
Scott C. Peters (0059408)
*One of the Attorneys for Amici Curiae*
