No. 23-3630

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

PARENTS DEFENDING EDUCATION,
                Plaintiff-Appellant,

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, ET AL.,
                Defendants-Appellees.

On Appeal from the United States District Court
for the Southern District of Ohio

## OPPOSITION TO AMICI CURIAE'S MOTION TO PARTICIPATE IN ORAL ARGUMENT

Emmett E. Robinson
ROBINSON LAW FIRM LLC
6600 Lorain Ave. #731
Cleveland, OH 44102
Telephone: (216) 505-6900
Facsimile: (216) 649-0508
erobinson@robinsonlegal.org

J. Michael Connolly
Taylor A.R. Meehan
Cameron T. Norris
James F. Hasson
Thomas S. Vaseliou
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22201
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Appellant*

## ARGUMENT

The ACLU has already made its arguments through a brief. It has shown no special need to present oral argument too. The ACLU has an interest in this case, but so do the other 18 organizations and 17 States that have filed 12 amicus briefs before the Court. Other amici also have "extensive experience litigating First Amendment issues." ACLU Mot. 5, ¶7; *see, e.g.*, Alliance Defending Freedom Am. Brief (counsel to the petitioners in *303 Creative LLC v. Elenis*, 143 S.Ct. 2298 (2023)). And, if anything, the ACLU has *less* interest in this case than other amici. *See* ACLU Mot 4, ¶5 ("Unlike a party whose own speech is at issue, Amici have no particular interest in supporting or endorsing the ideas expressed."); *id.* at 3, ¶1 (noting that the ACLU's brief addressed only "two of the four school policies at issue in this case").

The ACLU argues that it should participate in oral argument because its "proposed resolution" was "not presented by the parties." ACLU Mot. 5, ¶7; *see id.* at 4, ¶¶3-4. But that is not the proper role of an amicus. "To the extent that the amicus raises issues or make[s] arguments that exceed those properly raised by the parties, [this Court] may not consider such issues." *Cellnet Commc'ns, Inc. v. FCC*, 149 F.3d 429, 443 (6th Cir. 1998); *see United States v. Sineneng-Smith*, 140 S.Ct. 1575, 1579 (2020) ("In our adversarial system of adjudication, we follow the principle of party presentation. In both civil and criminal cases, we rely on the parties to frame the issues for decision and assign to courts the role of neutral arbiter of matters the parties present." (cleaned up)).

The ACLU recently put it best in its own opposition to an amicus's motion to participate in oral argument: "Allowing *amici* to inject the[ir] new issues into oral argument would not 'provide assistance to the Court'; it would divert attention from the central questions that have been presented in the courts below and that are ripe for this Court's review." Opposition to Amici's Motion for Leave to Participate in Oral Argument at 2, *Gloucester Cnty. Sch. Board v. G.G.*, No. 16-273 (4th Cir.), perma.cc/P4SJ-S6YJ. So too here.

## CONCLUSION

The Court should deny the ACLU's motion.

Dated: December 29, 2023

Emmett E. Robinson
ROBINSON LAW FIRM LLC
6600 Lorain Ave. #731
Cleveland, OH 44102
Telephone: (216) 505-6900
Facsimile: (216) 649-0508
erobinson@robinsonlegal.org

Respectfully submitted,

*/s/ J. Michael Connolly*
J. Michael Connolly
Taylor A.R. Meehan
Cameron T. Norris
James F. Hasson
Thomas S. Vaseliou
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22201
(703) 243-9423
mike@consovoymccarthy.com
taylor@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com
tvaseliou@consovoymccarthy.com

*Counsel for Appellant*

2

## CERTIFICATE OF COMPLIANCE

This opposition complies with Rule 27(d)(2) because it contains 374 words, excluding the parts that can be excluded. This brief also complies with Rule 27(d)(1) and Rule 32(a)(5)-(6) because it was prepared using Microsoft Word in 14-point Garamond font and is double spaced.

*/s/ J. Michael Connolly*
Counsel for Appellant
Dated: December 29, 2023

## CERTIFICATE OF SERVICE

I filed this brief via ECF, which will email everyone requiring notice.

*/s/ J. Michael Connolly*
Counsel for Appellant
Dated: December 29, 2023
