Case No. 23-3630

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**ORDER**

PARENTS DEFENDING EDUCATION

    Plaintiff - Appellant

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION; MARK T. RAIFF, In his official capacity as Superintendent of Olentangy Local School District; PETER STERN, In his official capacity as Olentangy's Assistant Director of Equity and Inclusion; RANDY WRIGHT, In his official capacity as Olentangy's Chief of Administrative Services; KEVIN DABERKOW, In his official capacity as a member of the Olentangy Board of Education; BRANDON LESTER, In his official capacity as a member of the Olentangy Board of Education; KEVIN O'BRIEN, In his official capacity as a member of the Olentangy Board of Education; LIBBY WALLICK, In her official capacity as a member of the Olentangy Board of Education; LAKESHA WYSE, In her official capacity as a member of the Olentangy Board of Education

    Defendants - Appellees

Upon consideration of the motion filed by the ACLUF and American Civil Liberties Union of Ohio Foundation requesting leave for an Amicus to appear at oral argument, it is **ORDERED** that the motion is hereby **DENIED**.

                                                    **ENTERED BY ORDER OF THE COURT**
                                                    Kelly L. Stephens, Clerk

Issued: January 08, 2024