**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

KELLY L. STEPHENS  Tel.  (513) 564-7000
CLERK  www.ca6.uscourts.gov

November 1, 2024

Mr. John Michael Connolly
Mr. James Hasson
Ms. Taylor A.R. Meehan
Mr. Cameron Thomas Norris
Mr. Emmett Robinson
Mr. Thomas Samuel Vaseliou
Mr. Bartholomew Thomas Freeze
Ms. Genevieve Marie Hoffman
Ms. Sandra R. McIntosh
Ms. Jessica Kathryn Philemond
Mr. Mitchell Stith

Re:  Case No. 23-3630, *Parents Defending Education v. Olentangy Local School Dist, et al.*

Dear Counsel:

The court issued an order today granting the petition of appellant for rehearing en banc of the decision in the above-captioned appeal.

This case will be argued before the en banc court on Wednesday, March 19, 2025. In order to facilitate review by the full court, it will be necessary for the parties to file supplemental briefs in support of their respective positions. The appellant shall file its supplemental brief not later than Wednesday, December 11, 2024. The appellees shall file their supplemental brief not later than Tuesday, January 21, 2025. The supplemental briefs shall not exceed twenty-five (25) pages. Should the appellant wish to file a reply brief, not to exceed twelve (12) pages, it is due not later than Wednesday, February 05, 2025.

No extensions will be granted.

Very truly yours,

Kelly L. Stephens, Clerk

bh

cc: Mr. Ilya Shapiro
Mr. Joseph David Spate
Mr. Brett Robert Nolan
Mr. David Joseph Carey
Ms. Amy Gilbert
Ms. Freda Levenson
Ms. Deborah Jane Dewart
Mr. Adam Ezra Schulman
Mr. Benjamin Isgur
Mr. Steven W. Fitschen
Mr. Mathew Hoffmann
Mr. John J. Bursch
Mr. Tyson Charles Langhofer
Ms. Kayla Toney
Mr. Ronald Gary London
Mr. Talmadge Butts
Mr. Scott C. Peters
Ms. Sherrie Clayborne Massey
Mr. Daniel Shisler
Mr. Mark P. Herron
Mr. Paul Giorgianni