No. 23-3630

**In the United States Court of Appeals for the Sixth Circuit**

PARENTS DEFENDING EDUCATION,
*Plaintiff-Appellant*,
v.
OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, ET AL.,
*Defendants-Appellees*.

On Appeal from the U.S. District Court for the Southern District of Ohio,
No. 2:23-cv-01595 (Hon. Algenon Marbley)

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* JEWISH COALITION FOR RELIGIOUS LIBERTY, AMERICAN HINDU COALITION, AND ISLAM AND RELIGIOUS FREEDOM ACTION TEAM IN SUPPORT OF APPELLANTS AND URGING REVERSAL**

| | |
|---|---|
| Sue Ghosh Stricklett<br>American Hindu Coalition<br>42618 Trade West Drive<br>Sterling, VA 20166<br>(301) 785-1041<br>sueghosh@stricklettgroup.com<br><br>*Counsel for American Hindu Coalition* | Jeffrey C. Mateer<br>David J. Hacker<br>Keisha T. Russell<br>First Liberty Institute<br>2001 West Plano Parkway, Ste 1600<br>Plano, TX 75075<br>jmateer@firstliberty.org<br>dhacker@firstliberty.org<br>krussell@firstliberty.org<br><br>Kayla A. Toney<br>  *Counsel of Record*<br>First Liberty Institute<br>1331 Pennsylvania Ave. NW, Ste 1410<br>Washington, DC 20004<br>(202) 918-1554<br>ktoney@firstliberty.org<br><br>*Counsel for Amici Curiae* |

# MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF APPELLANTS AND URGING REVERSAL

Pursuant to Fed. R. App. P. 29(a)(3), a diverse coalition of religious organizations respectfully files this Motion for Leave to File Brief as Amicus Curiae, supporting Appellant in this matter. *Amici* present important First Amendment analysis regarding free speech and free exercise rights that will assist the Court in resolving this case.

***The Jewish Coalition for Religious Liberty (JCRL)*** is a cross-denominational organization of Jewish rabbis, lawyers, and professionals committed to defending religious liberty. Representing a minority faith that adheres to practices that many may not know or understand, JCRL has an interest in ensuring that government actors cannot evaluate the validity of religious objectors' sincerely held beliefs. JCRL is also interested in ensuring that parents' and students' First Amendment free exercise rights are protected.

***The American Hindu Coalition (AHC)*** is an apolitical national advocacy organization representing Hindus, Buddhists, Jains, Sikhs, and related members of minority religions that frequently face discrimination and misunderstanding in public schools, as their religious practices and beliefs are unfamiliar to mainstream America. AHC members have advocated for parent-partnered public education in various local and state-wide school boards. AHC joins this brief in defense of

religious parents and children against discriminatory practices in public schools that violate the Fourteenth Amendment. AHC further endeavors to protect students' and parents' First Amendment rights to freely exercise their religion and not be compelled to act against their sincerely held religious beliefs.

***The Islam and Religious Freedom Action Team (IRF)*** of the Religious Freedom Institute amplifies Muslim voices on religious freedom, seeks deeper understanding of the support for religious freedom inside Islamic teachings, and protects the religious freedom of Muslims. The IRF engages in research, education, and advocacy on core issues including freedom from coercion in religion and equal citizenship for people of diverse faiths. The IRF explores and supports religious freedom by translating resources by Muslims about religious freedom, fostering inclusion of Muslims in religious freedom work both where Muslims are a majority and a minority, and partnering with the Institute's other teams in advocacy. The IRF has an interest in protecting the ability of parents to raise their children according to their sincerely held religious beliefs.

*Amici* believe this case has great significance for students and parents in public schools throughout the nation, particularly as the Court considers First Amendment issues. These religious organizations recently filed amicus briefs in two similar cases: *Parents Defending Education v. Linn-Mar Sch. Dist.*, 83 F.4th 658 (8th Cir. 2023), and *John and Jane Parents 1 v. Montgomery Cty. Bd. of Educ.*, 78 F.4th 622

(4th Cir. 2023), *cert. denied sub nom. Jane Parents 1 v. Montgomery Cnty. Bd. of Educ.,* No. 23-601, 2024 WL 2262333 (U.S. May 20, 2024).

This case involves a complex issue, making *amicus* involvement desirable as this Court reviews the case en banc. *Amici* seek to help the Court by providing important information about how the policies at issue violate both the Free Speech and Free Exercise Clauses, with particular harm toward religious minority students in the school district and their families. The panel failed to correctly apply Supreme Court precedent in *303 Creative v. Elenis* and *Kennedy v. Bremerton School District*, warranting en banc review. *Amici* believe that their legal analysis and unique perspective as a coalition of interfaith organizations will be helpful to this Court's en banc review.

According, proposed *amici* respectfully request that this Court grant this motion and accept for filing the attached *amicus* brief.

Dated: December 12, 2024

Respectfully submitted,

*/s/ Kayla A. Toney*
_____

Kayla A. Toney
  *Counsel of Record*
First Liberty Institute
1331 Pennsylvania Ave. NW, Ste 1410
Washington, DC 20004
ktoney@firstliberty.org

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, I filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send notification and a copy of the motion to the counsel of record for the parties.

December 12, 2024

/s/ *Kayla A. Toney*

Kayla A. Toney

# CERTIFICATE OF COMPLIANCE

I, Kayla A. Toney, hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 586 words, excluding the parts exempted by Fed. R. App. P. 32(f);

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, size 14.

Dated: December 12, 2024 /s/ *Kayla A. Toney*
_____
Kayla A. Toney