Case No. 23-3630

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

PARENTS DEFENDING EDUCATION,

    Plaintiff – Appellant,

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION; MARK T. RAIFF, In his official capacity as Superintendent of Olentangy Local School District; PETER STERN, In his official capacity as Olentangy's Assistant Director of Equity and Inclusion; RANDY WRIGHT, In his official capacity as Olentangy's Chief of Administrative Services; KEVIN DABERKOW, In his official capacity as a member of the Olentangy Board of Education; BRANDON LESTER, In his official capacity as a member of the Olentangy Board of Education; KEVIN O'BRIEN, In his official capacity as a member of the Olentangy Board of Education; LIBBY WALLICK, In her official capacity as a member of the Olentangy Board of Education; LAKESHA WYSE, In her official capacity as a member of the Olentangy Board of Education,

    Defendants – Appellees.

Upon consideration of the motions for leave to file a brief as amicus/amici curiae in support of appellant, and the motions for leave to file oversize briefs,

It is ORDERED that the motions be, and hereby are GRANTED.

                                            **ENTERED BY ORDER OF THE COURT**
                                            Kelly L. Stephens, Clerk

Issued: December 23, 2024