# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 23, 2024

Mr. John J. Bursch
Mr. Talmadge Butts
Mr. David Joseph Carey
Mr. John Michael Connolly
Mr. Robert L. Corn-Revere
Mr. Donald Albert Daugherty Jr.
Ms. Deborah Jane Dewart
Mr. Steven W. Fitschen
Mr. Bartholomew Thomas Freeze
Mr. Thomas Elliot Gaiser
Ms. Amy Gilbert
Mr. Paul Giorgianni
Mr. James Hasson
Mr. Mark P. Herron
Ms. Genevieve Marie Hoffman
Mr. Mathew Hoffmann
Mr. Benjamin Isgur
Mr. Tyson Charles Langhofer
Ms. Freda Levenson
Mr. Ronald Gary London
Ms. Sherrie Clayborne Massey
Ms. Sandra R. McIntosh
Ms. Taylor A.R. Meehan
Mr. Kerry Lee Morgan
Mr. Brett Robert Nolan
Mr. Cameron Thomas Norris
Mr. William Jeffrey Olson
Mr. Scott C. Peters
Ms. Jessica Kathryn Philemond
Mr. Emmett Robinson
Mr. Adam Ezra Schulman
Mr. Ilya Shapiro

Mr. Daniel Shisler
Mr. Joseph David Spate
Mr. Mitchell Stith
Ms. Kayla Toney
Mr. Thomas Samuel Vaseliou
Mr. John Marc Wheat


                    Re:  Case No. 23-3630, *Parents Defending Education v. Olentangy Local School Dist, et al*
                         Originating Case No.: 2:23-cv-01595

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                                   Sincerely yours,


                                   s/Beverly L. Harris
                                   En Banc Coordinator
                                   Direct Dial No. 513-564-7077



Enclosure