# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

## IMPORTANT NOTICE
## EN BANC REHEARING

Filed: February 11, 2025

Mr. Bartholomew Thomas Freeze
Freund, Freeze & Arnold
88 E. Broad Street, Suite 875
Columbus, OH 43215

Mr. Cameron Thomas Norris
Consovoy McCarthy
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209

Re: No. 23-3630, *Parents Defending Education v. Olentangy Local School District, et al*

Dear Counsel:

Your case is scheduled to be argued before the En Banc court at **1:30 p.m. (Eastern Time) on Wednesday, March 19, 2025** in Cincinnati, Ohio. Please report to the Clerk's Office, Room 540 in the Potter Stewart U.S. Courthouse, at the corner of 5th and Main Streets in Cincinnati, no later than **1:00 p.m.** Court will convene at 1:30 p.m. Oral argument will be limited to 20 minutes per side.

Please complete the following immediately, if applicable:

(1) Should pertinent and significant authorities, not cited in your brief, come to your attention, you should promptly advise the clerk by letter, with a copy to all counsel. This letter should be filed electronically. Each citation should include, without argument, a one-line statement of the subject matter of the case and a reference to the issue number to which the citation relates.

(2) Inform us if you have knowledge of the same or similar issues before the court in any other pending cases.

**Please download the Argument Acknowledgment form from the website and file it electronically with the Clerk's office by February 25, 2025.**

If you have any questions, please contact me for assistance.

Sincerely yours,

s/Lance A. Gifford
Senior Calendar Deputy


cc: Mr. John J. Bursch
    Mr. Talmadge Butts
    Mr. David Joseph Carey
    Mr. John Michael Connolly
    Mr. Robert L. Corn-Revere
    Mr. Donald Albert Daugherty Jr.
    Mr. William M. Deters II
    Ms. Ruthanne Mary Deutsch
    Ms. Deborah Jane Dewart
    Mr. Steven W. Fitschen
    Mr. Thomas Elliot Gaiser
    Ms. Amy Gilbert
    Mr. Paul Giorgianni
    Mr. James Hasson
    Mr. Mark P. Herron
    Ms. Genevieve Marie Hoffman
    Mr. Mathew Hoffmann
    Mr. Benjamin Isgur
    Mr. Tyson Charles Langhofer
    Ms. Freda Levenson

Ms. Karen Loewy
Mr. Ronald Gary London
Ms. Sherrie Clayborne Massey
Ms. Sandra R. McIntosh
Ms. Taylor A.R. Meehan
Mr. Kerry Lee Morgan
Mr. Brett Robert Nolan
Mr. William Jeffrey Olson
Mr. Scott C. Peters
Ms. Jessica Kathryn Philemond
Mr. Emmett Robinson
Mr. Adam Ezra Schulman
Mr. Ilya Shapiro
Mr. Daniel Shisler
Mr. Joseph David Spate
Mr. Mitchell Stith
Ms. Kayla Toney
Mr. Thomas Samuel Vaseliou
Mr. John Marc Wheat