# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

PARENTS DEFENDING EDUCATION,
Plaintiff-Appellant,

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, ET AL.,
Defendants-Appellees.

On Appeal from the United States District Court
for the Southern District of Ohio

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff-Appellant's counsel Thomas S. Vaseliou respectfully moves to withdraw as counsel for Plaintiff-Appellant in this matter. Mr. Vaseliou is leaving Consovoy McCarthy PLLC on February 17, 2025, to pursue another professional opportunity and will be unable to continue his representation. Plaintiff-Appellant will continue to be represented by multiple counsel, including other very capable counsel at Consovoy McCarthy PLLC.

Dated: Febuary 14, 2025        Respectfully submitted,

*/s/ Thomas S. Vaseliou*
Thomas S. Vaseliou
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22201
(703) 243-9423
tvaseliou@consovoymccarthy.com

*Counsel for Appellant*

# CERTIFICATE OF SERVICE

I filed this brief via ECF, which will email everyone requiring notice.

*/s/ Thomas S. Vaseliou*
Counsel for Appellant
Dated: February 14, 2025