No. 23-3630

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

PARENTS DEFENDING EDUCATION,
*Plaintiff-Appellant*,

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, ET AL.,
*Defendants-Appellees*.

On Appeal from the Judgment of the United States
District Court for the Southern District of Ohio
(Dist. Ct. No. 2:23-cv-01595-ALM-KAJ)

**MOTION BY OHIO, SOUTH CAROLINA, AND 21 OTHER STATES FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

ALAN WILSON
*Attorney General*
Robert Cook
*Solicitor General*
J. Emory Smith, Jr.
*Deputy Solicitor General*
Thomas T. Hydrick
*Asst. Dep. Solicitor General*
Joseph D. Spate
*Asst. Dep. Solicitor General*
STATE OF SOUTH CAROLINA
OFFICE OF THE ATTORNEY GENERAL
1000 Assembly St.
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

DAVE YOST
*Attorney General*
T. Elliot Gaiser*
*Solicitor General*
  *Counsel of Record
Katie Rose Talley
*Deputy Solicitor General*
STATE OF OHIO
OFFICE OF THE ATTORNEY GENERAL
30 E. Broad St., 17th Floor
Columbus, OH 43215
(614) 728-7511
thomas.gaiser@ohioago.gov

*Attorneys for Amici Curiae*

# MOTION TO PARTICIPATE IN ORAL ARGUMENT

Pursuant to Sixth Circuit Rule 29, the Amici States request permission to participate in oral argument, scheduled for March 19, 2025. Good cause exists to grant the States' motion.

Amici States have a strong interest in ensuring that children in their public schools enjoy learning environments free from ideological compulsion. Defendants' policies infringe the First Amendment freedoms of school children in one of the Amici States—Ohio—and set a dangerous precedent for others. That Amici States urge this Court to affirm constitutional limits on governmental power in public education, an area well within States' traditional police powers, underscores the unusual nature of the Amici States' position and the importance of the perspective that they offer. In addition, because defendants represent one of the largest school districts in Amicus State of Ohio, the Amici States are uniquely positioned to provide insight into Ohio law regarding school districts' statutory authority to set student policies.

The District Defendants-Appellees do not object to this request, and Plaintiff-Appellant consents to give the States five of their allotted minutes at argument.

Respectfully submitted,

*s/ T. Elliot Gaiser*
Dave Yost
*Attorney General*
T. Elliot Gaiser*
*Solicitor General*
  **Counsel of Record*
Katie Rose Talley
*Deputy Solicitor General*
STATE OF OHIO
OFFICE OF THE ATTORNEY GENERAL
30 E. Broad St., 17th Floor
Columbus, OH 43215
(614) 728-7511
thomas.gaiser@ohioago.gov

Alan Wilson
*Attorney General*
Robert Cook
*Solicitor General*
J. Emory Smith, Jr.
*Deputy Solicitor General*
Thomas T. Hydrick
*Asst. Dep. Solicitor General*
Joseph D. Spate
*Asst. Dep. Solicitor General*
STATE OF SOUTH CAROLINA
OFFICE OF THE ATTORNEY GENERAL
1000 Assembly St.
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

# ADDITIONAL COUNSEL

Steve Marshall
Alabama Attorney General

Treg R. Taylor
Alaska Attorney General

Ashley Moody
Florida Attorney General

Christopher M. Carr
Georgia Attorney General

Raúl R. Labrador
Idaho Attorney General

Theodore E. Rokita
Indiana Attorney General

Brenna Bird
Iowa Attorney General

Kris Kobach
Kansas Attorney General

Russell Coleman
Kentucky Attorney General

Liz Murrill
Louisiana Attorney General

Lynn Fitch
Mississippi Attorney General

Andrew Bailey
Missouri Attorney General

Austin Knudsen
Montana Attorney General

Michael T. Hilgers
Nebraska Attorney General

Drew H. Wrigley
North Dakota Attorney General

Marty Jackley
South Dakota Attorney General

Jonathan Skrmetti
Tennessee Attorney General
and Reporter

Ken Paxton
Texas Attorney General

Sean D. Reyes
Utah Attorney General

Jason Miyares
Virginia Attorney General

Patrick Morrisey
West Virginia Attorney General

# CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, that this motion complies with the type-volume requirements and contains 182 words.  *See* Fed. R. App. P. 27(d)(2)(A).

s/ T. Elliot Gaiser<br>
T. Elliot Gaiser

# CERTIFICATE OF SERVICE

I certify that on February 14, 2025, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. I certify that the foregoing document is being served on this day to all counsel of record registered to receive a Notice of Electronic Filing generated by CM/ECF.

s/ T. Elliot Gaiser
T. Elliot Gaiser
