Case No. 23-3630

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

PARENTS DEFENDING EDUCATION,

    Plaintiff – Appellant,

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION; MARK T. RAIFF, In his official capacity as Superintendent of Olentangy Local School District; PETER STERN, In his official capacity as Olentangy's Assistant Director of Equity and Inclusion; RANDY WRIGHT, In his official capacity as Olentangy's Chief of Administrative Services; KEVIN DABERKOW, In his official capacity as a member of the Olentangy Board of Education; BRANDON LESTER, In his official capacity as a member of the Olentangy Board of Education; KEVIN O'BRIEN, In his official capacity as a member of the Olentangy Board of Education; LIBBY WALLICK, In her official capacity as a member of the Olentangy Board of Education; LAKESHA WYSE, In her official capacity as a member of the Olentangy Board of Education

    Defendants – Appellees.

-------------------------------

INDEPENDENT WOMEN'S LAW CENTER; STATE OF ALASKA; STATE OF KANSAS; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF WEST VIRGINIA; INSTITUTE FOR FREE SPEECH

    Upon consideration of the motion of Thomas Samuel Vaseliou for leave to withdraw as counsel for the appellant,

    It is ORDERED that the motion be, and it hereby is GRANTED.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: February 19, 2025