# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
Kelly L. Stephens     POTTER STEWART U.S. COURTHOUSE     Tel. (513) 564-7000
Clerk     CINCINNATI, OHIO 45202-3988     www.ca6.uscourts.gov

Filed: February 19, 2025

Mr. Thomas Samuel Vaseliou
Consovoy McCarthy
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

          Re:   Case No. 23-3630, *Parents Defending Education v. Olentangy Local School Dist, et al*
                     Originating Case No.: 2:23-cv-01595

Dear Mr. Vaseliou,

   The Court issued the enclosed Order today in this case.

                                                Sincerely yours,

                                                s/Beverly L. Harris
                                                En Banc Coordinator
                                                Direct Dial No. 513-564-7077

cc:   Mr. John J. Bursch
       Mr. Talmadge Butts
       Mr. David Joseph Carey
       Mr. John Michael Connolly
       Mr. Robert L. Corn-Revere
       Mr. Donald Albert Daugherty Jr.
       Mr. William M. Deters II
       Ms. Ruthanne Mary Deutsch
       Ms. Deborah Jane Dewart
       Mr. Steven W. Fitschen
       Mr. Bartholomew Thomas Freeze
       Mr. Thomas Elliot Gaiser
       Ms. Amy Gilbert

Mr. Paul Giorgianni
Mr. James Hasson
Mr. Mark P. Herron
Ms. Genevieve Marie Hoffman
Mr. Mathew Hoffmann
Mr. Benjamin Isgur
Mr. Tyson Charles Langhofer
Ms. Freda Levenson
Ms. Karen Loewy
Mr. Ronald Gary London
Ms. Sherrie Clayborne Massey
Ms. Sandra R. McIntosh
Ms. Taylor A.R. Meehan
Mr. Kerry Lee Morgan
Mr. Richard W. Nagel
Mr. Brett Robert Nolan
Mr. Cameron Thomas Norris
Mr. William Jeffrey Olson
Mr. Scott C. Peters
Ms. Jessica Kathryn Philemond
Mr. Emmett Robinson
Mr. Adam Ezra Schulman
Mr. Ilya Shapiro
Mr. Daniel Shisler
Mr. Joseph David Spate
Mr. Mitchell Stith
Ms. Kayla Toney
Mr. John Marc Wheat

Enclosure