**403 - 4th Floor Courtroom, 1:30 P.M.**                                              **Wednesday, March 19, 2025**

**Sutton - Batchelder - Moore - Clay - Griffin - Kethledge - Stranch - Thapar - Bush - Larsen - Nalbandian - Readler - Murphy - Davis - Mathis - Bloomekatz - Ritz**

**23-3630    Parents Defending Education v. Olentangy Local School District, et al.**

| | | |
|---|---|---|
| Parents Defending Education | ret | Cameron Thomas Norris |
| | | *3 Minutes Rebuttal* |
| **Plaintiff - Appellant** | | |
| State of Alaska, et al. | ret | Thomas Elliott Gaiser |
| **Amici - States** | | |

**V.**

| | | |
|---|---|---|
| Olentangy Local School District Board of Education, et al. | ret | Jaime Santos |
| **Defendants - Appellees** | | |

*Roy Ford, Courtroom Deputy*

Plaintiff organization appeals the district court's order denying its motion to enjoin defendant school district from enforcing several anti-bullying policies in this action alleging that the policies violate plaintiffs' First and Fourteenth Amendment rights by requiring them to refer to transgender and non-binary students by their preferred pronouns. (15 Minutes for Plaintiff; 5 Minutes for States; 20 Minutes for Defendants)