No. 23-3630

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

PARENTS DEFENDING EDUCATION

*Plaintiff-Appellant*,

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al.,

*Defendants-Appellees*.

On Appeal from the United States District Court for the
Southern District of Ohio, No. 2:2-cv-01595 (Marbley, J.)

## PLAINTIFF-APPELLANT'S NOTICE OF NAME CHANGE

Emmett E. Robinson
ROBINSON LAW FIRM LLC
6600 Lorain Ave. #731
Cleveland, OH 44102
Telephone: (216) 505-6900
Facsimile: (216) 649-0508
erobinson@robinsonlegal.org

J. Michael Connolly
Cameron T. Norris
Paul R. Draper
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for Plaintiff-Appellant*

# NOTICE

Parents Defending Education writes to notify the Court that it has changed its name to "Defending Education." The association's structure, membership, and interest in this lawsuit remain unchanged.

Respectfully submitted,

Dated: April 11, 2025

Emmett E. Robinson
ROBINSON LAW FIRM LLC
6600 Lorain Ave. #731
Cleveland, OH 44102
Telephone: (216) 505-6900
Facsimile: (216) 649-0508
erobinson@robinsonlegal.org

/s/ *Cameron T. Norris*
J. Michael Connolly
Cameron T. Norris
Paul R. Draper
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

I e-filed this notice with the Court, which will email everyone requiring notice.

Dated: April 11, 2025                    */s/ Cameron T. Norris*