Case No. 23-3630

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DEFENDING EDUCATION,

    Plaintiffs - Appellants

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al
    Defendants - Appellees

------------------------------

INDEPENDENT WOMEN'S LAW CENTER; STATE OF ALASKA; STATE OF KANSAS; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF WEST VIRGINIA; INSTITUTE FOR FREE SPEECH. et al.

   Upon consideration of the motion of Genevieve Marie Hoffman to withdraw as counsel for the appellees,

   It is **ORDERED** that the motion be, and it hereby is **GRANTED**.

                                       **ENTERED BY ORDER OF THE COURT**
                                       Kelly L. Stephens, Clerk

Issued: October 20, 2025